UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KUEHNE + NAGEL, INC.,

                                    Plaintiff(s),

                    v.

HALCO LIGHTING TECHNOLOGIES, LLC,

                                    Defendant(s).

23-CV-7069 (DEH)

**NOTICE OF REASSIGNMENT**

DALE E. HO, United States District Judge:

         This case has been reassigned to the undersigned.  All counsel must familiarize

themselves with the Court's Individual Practices, which are available at

https://nysd.uscourts.gov/hon-dale-e-ho.  The in-person pretrial conference currently scheduled

for November 16, 2023, at 12:30 p.m. will now take place on Microsoft Teams on **November**

**16, 2023, at <u>11:00</u> a.m**.  The parties shall join the conference by dialing 646-453-4442, then

entering 608 893 429, followed by the pound (#) sign.  Unless and until the Court orders

otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's

reassignment.

Dated:  October 18, 2023
        New York, New York

                                                    _____
                                                          DALE E. HO
                                                    United States District Judge