UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kuehne + Nagel, Inc., | |
| Plaintiff(s), | |
| v. | 23-CV-7069 (DEH) |
| Halco Lighting Technologies, LLC, | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

On November 1, 2023, the Court granted the parties' request to stay all deadlines through November 16, 2023, pending the parties' finalization and submission of a stipulation of dismissal. ECF No. 23. No such submission has been filed. It is hereby ORDERED that the parties shall file a letter updating the Court on the status of settlement discussions by December 8, 2023. It is further ORDERED that all deadlines are hereby stayed through December 15, 2023.

SO ORDERED.

Dated: November 28, 2023
New York, New York

DALE E. HO
United States District Judge